IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN ALLEN STRATTON,<br><br>    Plaintiff,<br><br>  v.<br><br>NO DEFENDANT LISTED,<br><br>    Defendant. | Civil Action<br>No. 16-9353 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

   Plaintiff Brian Allen Stratton seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

   According to the application submitted by Plaintiff, Plaintiff earns $2,630 per. *Id.* After taking into consideration the listed monthly expenses, it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

   An appropriate order follows.

**March 27, 2017**                             **s/ Jerome B. Simandle**
Date                                           JEROME B. SIMANDLE
                                               Chief U.S. District Judge